1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   DONALD MACCORD,                           Case No.:  22-CV-1087 JLS (NLS)

12                          Petitioner,
                                                **ORDER DISMISSING CASE**
13   v.                                         **WITHOUT PREJUDICE**

14   UNITED STATES OF AMERICA,

15                          Respondent.

16

17
          Petitioner, who is on supervised release and proceeding pro se, has filed a Petition
18
     for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition," ECF No. 3), but has
19
     neither paid the $5.00 filing fee nor moved to proceed in forma pauperis.[1]  A Petition must
20
     be accompanied by either the $5.00 filing fee or an application to proceed *in forma pauperis*
21
     ("IFP").  *See* S.D. Cal. CivLR 3(a); 28 U.S.C. foll. § 2254.  If Petitioner wishes to proceed
22
     with this action, he must submit a copy of this Order with either the requisite $5.00 filing
23
     fee or adequate proof he cannot pay the fee ***no later than September 15, 2022***.  *For*
24
     / / /
25

26

27
     ---
28   [1] The case was originally filed in the United States District Court for the Northern District of California
     but was transferred to this Court on July 22, 2022.  *See* ECF No. 5.

                                                1

*Petitioner's convenience, the Clerk of the Court shall attach to this Order a blank application to proceed IFP.*

      **IT IS SO ORDERED.**

Dated:  July 26, 2022

Hon. Janis L. Sammartino
United States District Judge

22-CV-1087 JLS (NLS)